**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 927 MAL 2014
:
                Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v. :
:
:
:
ELMER CHARLES GREEN, :
:
                Petitioner :


## ORDER


**PER CURIAM**

     **AND NOW**, this 20th day of May, 2015, the Petition for Allowance of Appeal is

**DENIED**.